IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.     20-cr-00050-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ALICIA MORELLI,

      Defendant.

_____

## MOTION TO WITHDRAW DOCUMENT 20
_____

      Ms. Alicia Morelli, through undersigned counsel, respectfully requests to withdraw Document 20, her Motion to Reconsider Pretrial Detention Order. In support of this request, she states as follows:

      1.      On June 19, 2020, undersigned counsel filed a Motion to Reconsider Pretrial Detention Order on behalf of Ms. Morelli. Doc. 20.

      2.      As of June 22, 2020, Ms. Morelli no longer wishes to pursue the relief sought therein.

      WHEREFORE, Ms. Morelli respectfully requests to withdraw her Motion to Reconsider Pretrial Detention Order (Document 20).

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ Mary V. Butterton
MARY V. BUTTERTON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Mary_Butterton@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Peter McNeilly, Assistant U.S. Attorney
Email:  Peter.McNeilly@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Alicia Morelli (Via U.S. Mail)

s/ Mary V. Butterton
MARY V. BUTTERTON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX: (303) 294-1192
Mary_Butterton@fd.org
Attorney for Defendant